# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV09-00535SOM-KSC |
| CASE NAME: | Leigafoalii Tague Williams, fka Leigafoalii Tafue Koehnen vs. Dawn Rickard, et al. |
| ATTYS FOR PLA: | Gary Dubin |
| ATTYS FOR DEFT: | James Rogers<br>David Rosen |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | C5 - no record |
| DATE: | 10/1/2010 | TIME: | 11:00-11:20am |

COURT ACTION:  EP: Triage Status Conference.  Triage Status Conference held. Parties will proceed to trial. Settlement Conference set in the ordinary course (11/17/10 at 10:00am before Judge Chang).

Submitted by: Shari Afuso, Courtroom Manager